# EXHIBIT A

## Steven C. Tolliver, Jr.

| | |
|---|---|
| **From:** | Steven C. Tolliver, Jr. |
| **Sent:** | Monday, July 25, 2022 6:37 PM |
| **To:** | Andy P. |
| **Cc:** | Fred Santarelli |
| **Subject:** | RE: Call Summary - Perrong v. Khalil, No. 2:22-cv-01899 |

Mr. Perrong,

You are correct that Defendants strongly believe that your case has no merit.  Discovery burdens my clients, and is a complete waste of the court's and my client's time, which perhaps is your intent as part of seeking a "settlement" payout at the same time.  Of course, as I said today on the call, my clients are entitled to recover all of the fees and expenses you have required them to incur to date (and going forward).  Indeed, your complaint does not even plead facts (nor did you have any at the time you pled sufficient to withstand Rule 11) that any of the alleged calls were telephone solicitations, or that these two individuals actually placed the alleged calls.  In any event, my clients will seek recovery for these and other violations arising from this baseless suit.  Further, we can convene a Rule 26(f) conference at the appropriate time, if needed or appropriate.  In the meantime, I will forward your revised demand to my clients.

Thank you,


Steven C. Tolliver, Jr., Esq.

**Elliott Greenleaf**

Union Meeting Corporate Center V
925 Harvest Drive, Suite 300
Blue Bell, PA 19422
Office: 215-977-1023
Fax:   215-977-1099
Email: sct@elliottgreenleaf.com
Web:  www.elliottgreenleaf.com
Follow on Twitter @ElliottAttys

_____

*CONFIDENTIALITY NOTICE:  This communication and any information herein is intended only for the viewing and use of the individual or entity to which it is properly addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law.  If you have received this communication or the information herein in error, please do not distribute it; please delete and/or destroy the original and any copies hereof; and please notify the sender by e-mail at the address shown.  Thank you for your cooperation in this regard.*


**From:** Andy P. <andyperrong@gmail.com>
**Sent:** Monday, July 25, 2022 1:58 PM
**To:** Steven C. Tolliver, Jr. <sct@elliottgreenleaf.com>; Fred Santarelli <fpsantarelli@elliottgreenleaf.com>
**Subject:** Call Summary - Perrong v. Khalil, No. 2:22-cv-01899

Counsel:

This is to confirm our meet and confer under Rule 26(f).

While it is your position that your motion to dismiss will dispose of all claims, I have disagreed and believe that it will be either partially or completely denied and that at least some claims, especially those related to the use of an ATDS, will remain. I have also communicated my position that discovery should begin immediately. My discovery will surround your client's use of an ATDS, call detail records, any telemarketing activities your clients conduct, and policies and procedures for compliance with the PTRA and National Do Not Call Registry. I do not anticipate any major issues with ESI, and request that any ESI be produced in its original format together with any associated metadata. There are no anticipated issues of privilege, and no proposals to alter the limits to discovery as specified in the FRCP or local rules.

We will meet and confer once the Court issues a Rule 16 order and schedules the Rule 16 conference to finalize our joint 26(f) report.

In addition, in the interest of securing a prompt resolution to this matter, I have communicated an offer to resolve this matter for $7,000. Such resolution would also cover the nearly $400 I expended in attempting to serve your clients after they refused to execute signed waivers of service. I will await your client's response to this offer prior to seeking the court's intervention on payment of my service costs as required under Rule 4(d)(2).

I look forward to hearing from you regarding my offer and any counteroffer your clients would like me to consider.

Thank you kindly,
Andrew Perrong