IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ANDREW PERRONG,**<br>          **Plaintiff,**<br><br>          v.<br><br>**RAMY KHALIL AND JIHAN GHANIM,**<br>          **Defendants.** | **CIVIL ACTION**<br><br><br><br>**NO.  22-1899** |

# O R D E R

**AND NOW**, this 1st day of August, 2022,

**WHEREAS** Defendants filed a Motion to Dismiss for Failure to State a Claim on July 12, 2022 (ECF No. 12);

**WHEREAS** Defendants filed a Motion to Stay Discovery Pending the Court's Decision on Defendants' Motion to Dismiss Plaintiff's Complaint on July 29, 2022 (ECF No. 14);

**WHEREAS** Plaintiff filed an Amended Complaint on July 29, 2022 (ECF No. 15);

**IT IS HEREBY ORDERED THAT** Defendants' Motions (ECF Nos. 12 & 14) are **DENIED AS MOOT**.

BY THE COURT:

/s/Wendy Beetlestone, J.

_____
**WENDY BEETLESTONE, J.**