# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ANDREW PERRONG,**<br>         **Plaintiff,** | **CIVIL ACTION** |
| v. | |
| **RAMY KHALIL AND JIHAN GHANIM,**<br>         **Defendants.** | **NO.  22-1899** |

## O R D E R

**AND NOW**, this 15th day of August, 2022, upon consideration of Plaintiff's Motion for Mandatory Costs of Service (ECF No. 20) **IT IS HEREBY ORDERED** that said Motion is **GRANTED**.  Defendants are **ORDERED** to submit to Plaintiff the costs of service and costs of bringing his motion, a total of $318.40.

                                        BY THE COURT:

                                        /s/Wendy Beetlestone, J.
                                        _____
                                        **WENDY BEETLESTONE, J.**