# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ANDREW PERRONG,**<br>    **Plaintiff,** | **CIVIL ACTION** |
| v. | |
| **RAMY KHALIL AND JIHAN GHANIM,**<br>    **Defendants.** | **NO.  22-1899** |

# **O R D E R**

**AND NOW**, this 15th day of August, 2022, upon consideration of Defendants' Motion to Stay Discovery (ECF No. 19) **IT IS HEREBY ORDERED** that said Motion is **DENIED**.

**BY THE COURT:**

**/s/Wendy Beetlestone, J.**

_____
**WENDY BEETLESTONE, J.**