IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREW R. PERRONG, | |
| Plaintiff, | Case No. 2:22-cv-01899-WB |
| v. | |
| RAMY KHALIL, | |
| and | |
| JIHAN GHANIM, | |
| Defendants. | |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and Local Rule 41.1(b), the parties file this

stipulation of dismissal, with prejudice and without costs, of all claims against Defendants.

Respectfully submitted,

/s/
ANDREW R. PERRONG
Plaintiff Pro-se
1657 The Fairway #131
Jenkintown, PA 19046
Phone: 215-791-6957
Facsimile: 888-329-0305
andyperrong@gmail.com

/s/ Steven C. Tolliver, Jr.
FREDERICK P. SANTARELLI
Pa. Bar. No. 53901
STEVEN C. TOLLIVER, JR.
Pa. Bar No. 327165
ELLIOTT GREENLEAF, P.C.
925 Harvest Drive, Suite 300
Blue Bell, PA 19422
(215) 977-1000
FPSantarelli@elliottgreenleaf.com
sct@elliottgreenleaf.com

*Counsel for Defendants*

Dated: August 23, 2022